lants.— Order affirmed, with ten dollars costs and disbursements, without prejudice to renewal as stated in order. No opinion.

Anna Creatore, Respondent, v. Joseph Creatore, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James W. Howard, Respondent, v. The City Club of New York, Appellant, Impleaded with George McAneny and Henry C. Wright.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William W. Doty, Appellant, Respondent, v. Washington F. Norton, Respondent. Joseph M. Delaney, Respondent, Appellant.— Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to appellant Delaney against plaintiff. No opinion.

Pietro Onorato, an Infant, by Mariano Onorato, His Guardian ad Litem, Respondent, v. Thomas McLarnon, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rose Linder, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Grace W. Hoagland, Respondent, v. Minnie T. Brown, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert R. Sizer, Appellant, v. Kline Bros. & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Leander J. Buckley, Appellant, v. Adelia A. Hasell, Individually and as Sole Executrix, etc., of Bentley D. Hasell, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sarah A. Draper, as Administratrix, etc., of Frederick Draper, Deceased, Appellant, v. Interborough Rapid Transit Company and Rapid Transit Subway Construction Company, Respondents, Impleaded with National Conduit and Cable Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Moses H. Joseph and Frederick Joseph, as Stockholders of Schwarzschild & Sulzberger Company, Suing on Behalf of Themselves and All Other Persons Similarly Situated, Appellants, v. Schwarzschild & Sulzberger Company and Others, Respondents.— Order modified by striking out the provision for an extra allowance, and by allowing taxable costs and disbursements to the individual defendants only as a condition of discontinuing the action; and as so modified, affirmed, without costs. No opinion. Settle order on notice.

Robert A. Funger, Respondent, v. Brooklyn Bottle Stopper Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert A. Funger, Appellant, v. Brooklyn Bottle Stopper Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elizabeth J. Nicholls, Appellant, v. Mark M. Nicholls, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, the allegations in the complaint being sufficiently specific. No opinion.

Sedalia Trust Company, Respondent, v. Development Company of America, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.